# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00266-LDG-VCF |
| vs. | **ORDER** |
| DENNIS MCPHERSON, | |
| Defendant. | |

Before the Court is Defendant McPherson's Motion to View Wiretap File (ECF No. 110). The Government does not oppose.

Accordingly,

IT IS HEREBY ORDERED that Defendant McPherson's Motion to View Wiretap File (ECF No. 110) is GRANTED.

DATED this 1st day of  November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE