**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DENNIS MCPHERSON,<br><br>            Defendant. | 2:15-cr-00266-LDG-VCF<br><br>**AMENDED ORDER** |

Before the Court is Defendant McPherson's Motion to View Wiretap File (ECF No. 110). The Government does not oppose.

Accordingly,

IT IS HEREBY ORDERED that Defendant McPherson's Motion to View Wiretap File (ECF No. 110) is GRANTED. Defendant may obtain a copy of wiretap file No. CCA-375-JAD. Wiretap file No. CCA-375-JAD remains sealed. Defendant is ordered to keep wiretap file No. CCA-375-JAD confidential.

DATED this 7th day of November, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE