# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>DENNIS MCPHERSON, *et al.*,<br><br>              Defendants. | 2:15-cr-00266-LDG-VCF<br><br>**MINUTE ORDER** |

Before the Court is the Stipulation to Continue Motion Deadlines Only (ECF No. 115).

IT IS HEREBY ORDERED that a hearing on the Stipulation to Continue Motion Deadlines Only (ECF No. 115) is scheduled for 2:00 p.m., December 22, 2016, in Courtroom 3D.

DATED this 8th day of December, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE