# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DENNIS MCPHERSON,

    Defendant.

Case No. 2:15-cr-00266-LDG-VCF-1

**ORDER**

MOTION FOR LEAVE TO FILE MOTION TO SUPPRESS EVIDENCE OBTAINED THROUGH ELECTRONIC EVIDENCE IN EXCESS OF 30 PAGES (ECF NO. 123)

Before the Court is Defendant Dennis McPherson's Motion for Leave to File a Motion to Suppress Evidence Obtained Through Electronic Evidence in Excess of 30 Pages (ECF No. 123). No Opposition has been filed. McPherson's Motion is granted.

## I. Discussion

LCR 47-2 states "[u]nless the court orders otherwise, pretrial and post-trial briefs, motions, and responses to motions are limited to 30 pages, excluding exhibits … If the court enters an order permitting a party to exceed these page limits, the document must include an index and table of authorities."

McPherson seeks leave pursuant to LCR 47-2 to file his Motion to Suppress in excess of the 30-page limit to address the two wiretap orders obtained in this case under Title III which involves "complex statutory requirements, standards of review, and an intensely fact-bound analysis[.]" According to McPherson, his Motion will be about 46 pages in total. The Court notes that no opposition has been filed.

/ / /

/ / /

/ / /

ACCORDINGLY, and for good cause shown,

IT IS HEREBY ORDERED that McPherson's Motion for Leave (ECF No. 123) is GRANTED.

IT IS SO ORDERED.

DATED this 17th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE