# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DENNIS MCPHERSON, *et al.*,<br><br>　　　　　　Defendants. | 2:15-cr-00266-LDG-VCF<br>**MINUTE ORDER** |

The Court having reviewed Dennis McPherson's Motion to Suppress Evidence Obtained through electronic surveillance (ECF No. 124), Joinders (ECF Nos. 125, 128, and 132), opposition (ECF No. 130) and reply in support of motion to suppress (ECF No. 138), IT IS HEREBY ORDERED that the hearing on Dennis McPherson's Motion to Suppress Evidence Obtained through electronic surveillance scheduled for 10:00 AM, May 1, 2017, <u>will not</u> be an evidentiary hearing. The parties are advised to prepare for oral arguments on the papers.

IT IS SO ORDERED.

DATED this 27th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE