# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DENNIS MCPHERSON, *et al*.,

    Defendants.

Case No. 2:15-cr-00266-LDG (VCF)

**<u>ORDER</u>**

Defendant Dennis McPherson moves to suppress (ECF No. 124) all evidence obtained from two wiretaps. Co-defendants Mark Lloyd, Timothy McPherson, and Jay Saletra move to join the motion (ECF Nos. 125, 128, 132). The government opposes (ECF No. 130). The Magistrate Judge held a hearing and issued a Report and Recommendation (ECF No. 141) recommending that all motions be denied. McPherson objects to the recommendation (ECF No. 148).

Having reviewed the application and affidavit for the original wiretap and the extension of the wiretap in light of the original moving and responding papers, the evidence submitted to the Court, the Report and Recommendation and McPherson's objections thereto,

THE COURT **ADOPTS** the Report and Recommendation;

THE COURT **ORDERS** that Defendant Dennis McPherson's Motion to Supress (ECF No. 124) is DENIED;

THE COURT **FURTHER ORDERS** that Co-Defendants Mark Lloyd's, Timothy McPherson's, and Jay Saletra's Motions for Joinder (ECF No. 125, 128, 132) are DENIED.

DATED this ____6____ day of October, 2017.

Lloyd D. George
United States District Judge