RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Dennis McPherson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-266-LDG-VCF-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| DENNIS MCPHERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Dennis McPherson, that the Sentencing Hearing currently scheduled on August 13, 2018 at the hour of 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      Counsel for the defense needs additional time to analyze the guidelines in this case and the equivalency rates set forth by the Sentencing Commission in order to properly

argue for a sentence consistent with 18 U.S.C. 3553. In addition, counsel for the defense met with her client, who asked for additional time in order to review the report.

       2.      The defendant is not in custody and agrees with the need for the continuance.

       3.      The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 6th day of August, 2018.


RENE L. VALLADARES                DAYLE ELIESON
Federal Public Defender             United States Attorney


   */s/ Brenda Weksler*                    */s/ Robert Knief*
By_____    By_____
BRENDA WEKSLER                   ROBERT KNIEF
Assistant Federal Public Defender     Assistant United States Attorney

2

1
2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3
4
5
6
7
8

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

DENNIS MCPHERSON,

            Defendant.

Case No. 2:15-cr-266-LDG-VCF-1

**ORDER**

9
10

      IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for

11

Monday, August 13, 2018 at 11:00 a.m. be vacated and continued to _Monday, 11/19/2018_ at the

12

hour of _ 11:00 a.m. in Las Vegas Courtroom 4B.

13

      DATED this 7th day of August, 2018.

14
15
16

                    _____

                    UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26

3